78 A.3d 613

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Andrew Keith ENIMPAH, Respondent.**

Supreme Court of Pennsylvania.

Oct. 22, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of October, 2013, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by the Commonwealth, is:

Should this Honorable Court grant the Petition for Allowance of Appeal because, the Superior Court has held that [the] Commonwealth has a burden of production at suppression hearings when the [d]efendant has not satisfied his threshold burden of establishing a reasonable expectation of privacy in the areas searched or the items seized?